UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff(s),

v.

FAMIGLIA-DEBARTOLO, LLC, et al.,

                Defendant(s).

23-CV-304 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued October 16, 2023, scheduled a conference for November 29, 2023.  *See* Dkt. No. 32.  That order requires the parties to file a joint status letter and proposed case management plan no later than November 22, 2023.  On November 16, 2023, the parties filed a proposed case management plan.  *See* Dkt. No. 33.  No joint status letter was filed.

    It is hereby **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **November 29, 2023.**  In addition to the matters described in the October 16, 2023, order, the letter shall describe any contact the parties have had with Defendant Famiglia-Debartolo, LLC.

    It is further **ORDERED** that the conference scheduled for November 29, 2023, is **ADJOURNED** to **December 6, 2023, at 11:30 A.M. EST.**  The parties shall join the conference by dialing (646) 453- 4442, and entering the Conference ID: 876 843 251, followed by the pound sign (#).

    SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                            DALE E. HO
                                   United States District Judge