# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax:   305-704-3877

November 29, 2023

**VIA CM/ECF**

Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square - Courtroom 905
New York, NY 10007

> Application **GRANTED.** The conference scheduled for December 6 is **ADJOURNED** to **January 3, 2024, at 11:30 A.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 876 843 251, followed by the pound sign (#). Plaintiff shall serve this order on Defendant Famiglia-Debartolo, LLC via Federal Express and file proof of service on the docket by **December 1, 2023.** So Ordered. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 35.
>
> Dale E. Ho
> United States District Judge
> Dated: November 30, 2023
> New York, New York

   **Re:**  Norris v. Famiglia-Debartolo, LLC, et al.
       Case 1:23-cv-00304-JLR

Dear Judge Ho:

  The Initial Pretrial Conference in this matter is currently scheduled for December 6, 2022, at 11:30 a.m., in your Honor's Courtroom. However, Tenant/Defendant Famiglia-Debartolo, LLC ("Famiglia") has not yet appeared. Recently, Famiglia was contacted by the Plaintiff via correspondence to solicit their appearance. Landlord/Defendant 1278-1284 First Avenue Realty LLC also contacted Famiglia's corporate attorney in order to inquire about Famiglia's participation in this case. Their corporate attorney is not representing them in this matter. Landlord/Defendant's counsel will be continuing to contact Tenant/Defendant Famiglia.

  For the above stated reasons, the parties request that the December 6th Conference be adjourned in order to allow Famiglia to appear and partake of all Court proceedings and settlement discussions. The parties, therefore, respectfully request that the Court grant a 30-day adjournment of the Conference to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first joint adjournment request.

  Respectfully,

By:  S/ B. Bradley Weitz      By:  S/ Doreen J. Fischman
  B. Bradley Weitz, Esq.       Doreen J. Fischman, Esq.
  The Weitz Law Firm, P.A.      Fischman & Fischman
  Bank of America Building      2166 Broadway, Suite 6d
  18305 Biscayne Blvd., Suite 214    New York, NY 10024
  Aventura, Florida 33160       Telephone: (212) 274-0555
  Telephone: (305) 949-7777     Facsimile: (212) 274-0603
  Facsimile:  (305) 704-3877      Email: doreen.fischman@verizon.net
  Email: bbw@weitzfirm.com     Attorney for 1278-1284 First Avenue Realty LLC
  Attorney for Plaintiff