UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff(s),

v.

FAMIGLIA-DEBARTOLO, LLC, et al.,

                Defendant(s).

23-CV-304 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued November 30, 2023, adjourned a conference to January 3, 2024, and directed Plaintiff to file proof of service via Federal Express of that order on Defendant Famiglia-Debartolo, LLC. *See* Dkt. No. 36. No such proof of service was filed.

    It is hereby **ORDERED** that Plaintiff shall file the required proof of service as soon as possible and no later than **December 5, 2023**. Plaintiff is apprised that failure to comply with the Court's orders may result in sanctions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                                  DALE E. HO
                                      United States District Judge