UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                             Plaintiff(s),<br><br>v.<br><br>FAMIGLIA-DEBARTOLO, LLC, et al.,<br><br>                             Defendant(s). | 23-CV-304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued November 30, 2023, adjourned the initial pretrial conference to January 3, 2024, to allow Defendant Famiglia-Debartolo, LLC, to appear. To date, Defendant Famiglia-Debartolo has not appeared. Defendant 1278-1284 First Avenue Realty LLC has appeared.

It is hereby **ORDERED** that the initial pretrial conference is **ADJOURNED** to **January 17, 2024, at 4:00 P.M. EST.** The conference will be telephonic. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 876 843 251, followed by the pound sign (#). The parties shall file the required joint status letter and proposed case management plan (as agreed-upon by all parties), by **January 10, 2024.** If Defendant Famiglia-Debartolo has not appeared by that time, Plaintiff shall also file a motion for default judgment or a notice of voluntary dismissal with respect to that Defendant by **January 10, 2024.**

SO ORDERED.

Dated:  December 21, 2023
            New York, New York

_____
DALE E. HO
United States District Judge