UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                              Plaintiff(s),<br><br>v.<br><br>FAMIGLIA-DEBARTOLO, LLC,<br><br>                              Defendant(s). | 23 Civ. 304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 10, 2024, Plaintiff and Defendant 1278-1284 First Avenue Realty LLC filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 17, 2024.  *See* Dkt. No. 41.  That letter requested a referral for settlement discussions with the District's Mediation Program.  That letter also stated that the parties had attempted to contact Defendant Famiglia-Debartolo LLC and that its corporate attorney had stated it was not representing Famiglia-Debartolo LLC in this matter.  On January 10, 2024, Plaintiff also filed a proposed certificate of default with the Clerk of Court.  *See* Dkt. No. 42.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  No significant issues were presented in the parties' materials.  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

It is further **ORDERED** that the request for a referral to mediation is **GRANTED.**  A referral order will issue separately.

2

      It is further **ORDERED** that Plaintiff shall file a voluntary dismissal or a motion for a default judgment against Defendant Famiglia-Debartolo LLC by **January 19, 2024.** Plaintiff is directed to Local Civil Rule 55.2 for the necessary materials to be filed in connection with the motion.

      SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                            DALE E. HO
                                      United States District Judge